

MICHAEL F. HART*
CRAIG S. POWELL
GEOFFREY R. MISFELDT
MORGAN L. MINTER

* ALSO ADMITTED IN MICHIGAN

MARTIN E. KOHLER
EMERITUS

DANIEL H. SANDERS
OF COUNSEL

TELEPHONE 414.271.9595
FACSIMILE 414.271.3701

April 2, 2025

**VIA ECF FILING**
The Honorable Brett Ludwig
United States District Court Judge
Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4512

Re: **United States of America v. James Poole**
**Case No. 24-CR-00078**

Dear Judge Ludwig:

I write to inform the Court that I have fully discussed with Mr. Poole his right to appeal his conviction and sentence in the above-referenced matter. After considering his right to appeal, Mr. Poole asked me to inform the Court that he does not wish to appeal.

Sincerely,

**/s/ *Morgan L. Minter***
Morgan L. Minter
State Bar # 1118679
Telephone: (414) 271-9595
Facsimile: (414) 271-3701
morgan@hartpowell.com

